2nd AMENDED CHAPTER 13 PLAN

Case No.: 12-03121-TOM

Debtor(s): **Carl James Seals**  SS#: **xxx-xx-3767**  Net Monthly Earnings: **5,328.45**

SS#:  Number of Dependents: **1**

1. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **HONDA MANUFACTURING, 1800 HONDA DRIVE, LINCOLN, AL 35096-5107** for $ **263.00** ☒ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **68,400.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **IRS SPECIAL PROCEDURES STAFF** | **Taxes and certain other debts** | $17,934.00 | $375.00 |

   B. Total Attorney Fee: $ **2,750.00** ; **$299.00** paid pre-petition; $ **1,500.00** to be paid at confirmation and $ **190.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **WELLS FARGO HOME MORTGAGE** | $250,685.00 | ☐ by Trustee ☒ by Debtor $1,572.00 | 08/12 | $13,500.00 | **THRU 07/12** | 3.75% | $273.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **MOTOR MAX FINANCIAL** | $10.00 | $2,977.00 | $2,500.00 | $0.00 | **2000 CHEVROLET SILVERADO** | 5.00% | $100.00 | 12/12 |
| **CARRINGTON LAKES HOA** | N/A | $6,583.00 | N/A | N/A | **HOA DUES JUDGMENT LIEN** | 12% | $159.00 | 12/12 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

☐ This is an original plan.  ☒ This is the 2nd amended plan replacing plan dated **08/03/12**.

☒ This plan proposes to pay unsecured creditors **PRO RATA** %.

Attorney fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01. ☒  Other Provisions:
**Attorney fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.**

**Holders of filed and allowed non priority unsecured claims shall receive a pro rata share (Pot Plan) of $17,000.00 through the distribution of the Debtor's chapter 13 plan.**

**Debtor shall pay any non-exempt proceeds received from lawsuit to the Chapter 13 Trustee.**

**Debtor's plan payments will increase to $278.00 per week beginning 05/2015 following the full satisfaction of his 401(k) loan. This will result in an increase pro rata share to the unsecured creditors from approximately 17,000.00 to approximately $19,500.00.**

**Debtor will pay future tax refunds received to the Chapter 13 Trustee.**

Attorney for Debtor Name/Address/Telephone #  Date **August 10, 2012**  **/s/ Carl James Seals**
**Robert D. Reese**  **Carl James Seals**
**600 University Park Place**  Signature of Debtor
**Suite 510**
**Birmingham, AL 35209**
Telephone # **(205) 802-2200**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re **Carl James Seals** Case No. **12-03121**
Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **August 10, 2012**, a copy of **the 2nd Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the mailing matrix.

**/s/ Robert D. Reese**
**Robert D. Reese**
**Bond, Botes, Reese & Shinn, P.C.**
**600 University Park Place**
**Suite 510**
**Birmingham, AL 35209**
**(205) 802-2200 Fax:(205) 802-2209**
**ecfbirmingham@bondnbotes.com**